UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN RAMON RAMOS-GAMEZ,<br><br>    Defendant. | CASE NO. MJ25-052<br><br>DETENTION ORDER |

Date of Detention Hearing:    January 30th, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3143, and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant is alleged to have reentered the United States after being deported. Defendant has no ties to the District of Arizona.  He has prior convictions for delivery of controlled substances as well as three prior federal convictions for reentry of removed alien.

DETENTION ORDER
PAGE -1

Defendant has not complied with court orders in prior convictions, and returning to the United States three times after deportation. Defendant poses a risk of flight because he has no ties to the charging District, and a danger to the community based upon the nature of his prior offenses, and a pattern of similar conduct despite convictions. He does not contest detention at this time.

2. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending appearance in the District of Arizona, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 30th Day of January, 2025.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -2